UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BREITKREUTZ FARMS INC., et al.,

Plaintiffs,

v.

AG FORCE INSURANCE SERVICES, INC., et al.,

Defendants.

CIVIL NO. 01-1631 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: September 11, 2001

JOHN M. MASON
United States Magistrate Judge

(2)

Filed SEP 11 2001
Richard Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials JA

Date: September 13, 2001 jr

RECORD OF DOCKET TEXT

0:01-cv-01631 Breitkreutz Farms v. Ag Force Insurance

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge John M. Mason) Case referred to Magistrate Judge Susan R. Nelson (4:01 AD 333). Case number remains the same except for Magistrate Judge's initials (01-1631 DSD/SRN). Civil action number with new initials to be used on all future pleadings or papers submitted to the Court regarding this case (01-1631 DSD/SRN) 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL